UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

LELAND FOSTER,

    Plaintiff,

    v.                              CASE NO. 1:25-CV-582-HAB-ALT

LFRC FT. WAYNE RE LLC, et al.,

    Defendants.

## OPINION AND ORDER

This matter is before the Court on a Joint Motion to Administratively Close Case [ECF No. 6], filed by the parties on January 30, 2026. The parties indicate that they have reached a settlement, but that the action to be undertaken pursuant to the settlement will occur over the next eleven months. The parties submit that, after completion of all remediation pursuant to the terms of a settlement agreement, they will move to dismiss with prejudice.

The Court GRANTS the Joint Motion [ECF No. 6]. The Clerk is directed to close this case administratively. If no party moves to reopen the case, it will remain closed. If the case is reopened, the parties retain all rights they would have had the case not been closed for administrative purposes

**SO ORDERED** on February 4, 2026.

                                              s/ *Holly A. Brady*
                                              CHIEF JUDGE HOLLY A. BRADY
                                              UNITED STATES DISTRICT COURT